JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROBERT MCNEIL, | ) Case No. EDCV 16-512 DOC(JC) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN CAL INST FOR MEN, CHINO, CA, et al., | ) |
| Respondents | ) |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: March 28, 2016

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE